# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 13, 2014, the cause upon appeal to revise or reverse your judgment between

City of San Antonio, Appellant

V.

Alamo Aircraft Supply, Inc., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd., Appellee

No. 04-14-00057-CV and Tr. Ct. No. 2013-CI-08223

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order denying the City of San Antonio's plea to the jurisdiction is REVERSED. We RENDER JUDGMENT dismissing Appellees' suit with prejudice to refiling in district court. We tax costs against appellees Alamo Aircraft Supply, Inc., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd.** *See* **TEX. R. APP. P. 43.4.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 30, 2014.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

<h1 style="text-align:center">BILL OF COSTS</h1>

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00057-CV

### City of San Antonio

**v.**

## Alamo Aircraft Supply, Inc., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd.

(NO. 2013-CI-08223 IN 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $30.00 | E-PAID | CAROL MCNEILL |
| MOTION FEE | $15.00 | E-PAID | CAROL MCNEILL |
| MOTION FEE | $10.00 | E-PAID | S. MARK MURRAY |
| MOTION FEE | $10.00 | E-PAID | JOE HINOJOSA |
| MOTION FEE | $10.00 | E-PAID | DANIEL KUSTOFF |
| REPORTER'S RECORD | $330.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | JOE HINOJOSA |
| CLERK'S RECORD | $921.00 | UNKNOWN | |
| REPORTER'S RECORD | $175.00 | PAID | |
| INDIGENT | $25.00 | E-PAID | MOLLY NECK |
| FILING | $100.00 | E-PAID | MOLLY NECK |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | MOLLY NECK |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MOLLY NECK |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 30, 2014.

**KEITH E. HOTTLE, CLERK**

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 3853